UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER STRONG,

    Plaintiff,

v.

UNKNOWN MILLER,

    Defendant.
_____/

Case No. 1:23-cv-566

HON. JANE M. BECKERING

**<u>ORDER</u>**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 33).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 37) on June 9, 2025, recommending that this Court grant the motion and terminate this case.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 37) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 33) is GRANTED.

    **IT IS FURTHER ORDERED** that Plaintiff's claims are DISMISSED without prejudice.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: July 8, 2025                           /s/ Jane M. Beckering
                                                                      JANE M. BECKERING
                                                                      United States District Judge